**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

COURTNEY KRUS, *individually and on behalf of all others similarly situated*, et al.,

       Plaintiffs,

    v.

MICHAELS STORES, INC.,

       Defendant.

Case No. 4:24-cv-01649-HEA

## JOINT STATUS REPORT

Plaintiffs Courtney Krus, Amy Stanton, Lauren Veach, and Maria Kridel (collectively, "Plaintiffs") and Defendant Michaels Stores, Inc. ("Michaels" or "Defendant") (together with Plaintiffs, the "Parties"), by and through their attorneys, provide the following status report:

1.      On December 6, 2024, Plaintiffs filed a complaint against Defendant, alleging that Defendant overcharged them and other putative class members by imposing the wrong use tax rate for online orders, shipped from out-of-state, to a Missouri delivery address. Dkt. No. 1.

2.      On January 30, 2025, the Parties submitted a Preliminary Notice of Settlement, informing the Court that the Parties had reached an agreement in principle for a class settlement and were finalizing the settlement documents. Dkt. No. 10.

3.      On March 17, 2025, the Parties filed a notice informing the Court that they had signed a formal class action settlement agreement and that they intended to fund the proposed settlement through a refund request submitted to the Missouri Department of Revenue ("MDOR"). The Parties also requested a stay of the litigation while they worked together to prepare the refund request and administer the settlement.

4.      On March 26, 2025, the Court granted the Parties' request and entered a stay of the litigation pending the refund determination by the MDOR.  Dkt. No. 19.  On May 8, 2026, the Court ordered that the stay remained in effect.  Dkt. No. 24.

5.      Since the Court entered a stay, the Parties have made significant progress implementing the settlement agreement.

6.      Most recently, on June 8, 2026, after completing a substantial analysis of underlying accounting and tax data, Michaels submitted a formal written refund request to the MDOR.

7.      Michaels received preliminary feedback from MDOR that MDOR requires additional verification from an authorized Michaels officer in connection with Michaels' submitted Power of Attorney form.  In compliance with MDOR's request, Michaels registered with MDOR the authorized Michaels officer who signed the Power of Attorney so that MDOR can recognize and verify it.

8.      MDOR also indicated they may need additional information in connection with the refund request, once MDOR confirms that the Power of Attorney matter is resolved.  Michaels will continue to work with MDOR to provide any additional information MDOR may require for the refund request.

9.      Wherefore, the Parties respectfully request that the Court continue the stay while they continue to work with the MDOR to fulfill the refund request.  The Parties will submit another joint status report within 90 days, or by November 3, 2026, to update the Court on the status of the Refund Claims, or by such a time as the Court designates.

Dated:  August 5, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Yitzchak Kopel*
      Yitzchak Kopel

Yitzchak Kopel (Bar No. 5117619NY)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

**BURSOR & FISHER, P.A.**
Stephen A. Beck (Bar No. 1010183FL)
701 Brickell Ave, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
Email: sbeck@bursor.com

*Counsel for Plaintiffs*

**MORGAN, LEWIS & BOCHIUS LLP**

By: */s/ Gregory T. Parks*
      Gregory T. Parks

Gregory T. Parks*
2222 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5170
Facsimile: (215) 963-5001
Email: gregory.parks@morganlewis.com

By: /s/ *Eric M. Walter*

Eric M. Walter (Bar No. 47297MO)
Daniel R. O'Brien (Bar No. 69258MO)
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Blvd.
Suite 1800
St. Louis, MO 63105
Tel.: 314.621.5070
Fax: 314.621.5065

3

ewalter@atllp.com
dobrien@atllp.com

*Counsel for Defendant Michaels Stores, Inc.*

*\*Pro Hac Vice Motion and Affiliation with Missouri Counsel Forthcoming*

4

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 5th day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will effectuate service upon all counsel of record in this action.

<u>    /s/ *Eric M. Walter*                              </u>